(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Keith Hubbard SBI# T20 70489
(Name of Plaintiff)          (Inmate Number)

1301 E. 12th St. H.R.Y.C.I Wilmington, DELAWARE
(Complete Address with zip code)    19809

(2)_____
(Name of Plaintiff)          (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Samantha S. Hubbard

(2) Kestee Crosse

(3)_____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the case numbers and file date, including year, as well as the name of the judicial officer to whom it was assigned:

N/A
_____
_____
_____
_____
_____
_____

07 - 40

(Case Number)
( to be assigned by U.S. District Court)

**CIVIL  COMPLAINT**

• •  Jury Trial Requested

FILED

JAN 19 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned
NO IFP

**II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    • • Yes • • •No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    • Yes • • •No

C.    If your answer to "B" is Yes:

1. What steps did you take? I consulted at least 5 times with My Attorney — Mr. Kester Crosse about my Unlawful Imperisonment And How I was Fasely accused for a Crime that I didn't commit.

2. What was the result? Mr. Crosse did absalutely nothing to preserve my rights and has Conflicted the Intrest of My Case by not getting me, But of Jail since NOvi 20, 2006 which is 2 1/2 months period of Time

D.    If your answer to "B" is No, explain why not: _____

_____

**III.    DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Mr. Kester Crosse

Employed as Public Defender at Lawrence M. SuLLivan

Mailing address with zip code: Public Defender of the State of Delaware Carvel State Office Building 820 N. French Street, Third floor Wilmington, Delaware 19801

(2) Name of second defendant: ms- Samantha Scipio Hubbard

Employed as N/A at N/A

Mailing address with zip code: 1209 W. 6th Street # 1A Wilmington, Delaware 19805-3213

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your ease. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

Round about 11-10-06 At H, R, Y, C, I

1. MR. Kester Crosse was Informed by me With all the necessary Facts, to Assure my grounds of Innorcense and he did not do Anything I asked eccept leave me in Jail being Incarcerated behind False accusations.

2. Mrs. Samantha S. Hubbard has Been Extorting ME Since mid June 2005-Janseand has Lied to Authorities to bring up Criminal Charges against ME. While She Resided Here in Delaware and I Resided in Richmond, VA this I have proof of.

3. Will

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. To be Released from Jail immediatly and for Justice to be seeved according to the LAW's of Delaware Thank You Very much. for Your Concerns

3

2. _____

_____

_____

_____

_____

3. _____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __17th__ day of __January__, 2 007.

__Keith B Hubbard__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



WILMINGTON DE 197

18 JAN 2007 PM 3 L

Keith G. Hubard SBI # 00010489
H.R.Y.C.I
1301 E. 12th Street
Wilmington, Delaware
19809

U.S.MS
X-RAY

Clerk Office of The
U.S. District Court
LockBox No. King Str
Wilmington, DE 19801

19801/3333

****** RESIDENT COPY ******

# Receivable Charge
## Receipt # J6688

HRYCI
11/13/2006 14:40:30
ST 010 / OPR BSP

**HUBBARD,**
 KEITH

SBI             : 2070489
Date of Birth   : 04/06/1979
Location        : JF

---

| Legal Supplies - | Old Bal : | $0.00 |
| | Charged : | + $5.50 |
| | Collected : | - $5.50 |
| | New Bal : | $0.00 |
| Comment : 11/13/06 copy fee | | |

---

Total Collected :                    $5.50

Debt Balance :                       $0.00
Commissary Balance :                 $40.55

****** RESIDENT COPY ******

# Intake
## Receipt # F22412

HRYCI
10/11/2006 08:44:02
ST 006 / CD 6 / OPR KJG

**HUBBARD,**
 KEITH

SBI             : 2070489
Date of Birth   : 04/06/1979
Location        : IF

Open Amount     : $0.13

Check #     : 21512

Comment     : Funds/RichmondCitySheriff'sVirginia

Debt Balance :                       $0.00
Commissary Balance :                 $0.13

****** RESIDENT COPY ******

# Receivable Charge
## Receipt # J6931

HRYCI
11/17/2006 12:47:42
ST 010 / OPR BSP

**HUBBARD,**
 KEITH

SBI             : 2070489
Date of Birth   : 04/06/1979
Location        : JF

---

| Legal Supplies - | Old Bal : | $0.00 |
| | Charged : | + $0.50 |
| | Collected : | - $0.50 |
| | New Bal : | $0.00 |
| Comment : 10/27/06 copy fee | | |

---

Total Collected :                    $0.50

Debt Balance :                       $0.00
Commissary Balance :                 $33.93

****** RESIDENT COPY ******

# Add Money
## Receipt # D57614

HRYCI
11/06/2006 13:01:54
ST 004 / CD 4 / OPR SED

**HUBBARD,**
 KEITH

SBI             : 2070489
Date of Birth   : 04/06/1979
Location        :

Add Amount      : $50.00

Sender Name :
Money Order # : 49362550050

Comment     :

Debt Balance :                       $0.00
Commissary Balance :                 $50.13

****** RESIDENT COPY ******

## Receivable Charge
## Receipt # J7326

HRYCI
12/07/2006 15:14:42
ST 010 / OPR BSP

**HUBBARD,**
  KEITH

SBI            : 2070489
Date of Birth  : 04/06/1979
Location       : 1F

| Legal Supplies – | Old Bal    : | $0.00 |
|---|---|---|
| | Charged    : | + $9.00 |
| | Collected : | – $9.00 |
| | New Bal    : | $0.00 |

Comment : 12/06/06 copy fee

Total Collected :                    $9.00

Debt Balance :                       $0.00
Commissary Balance :                 $17.44

****** RESIDENT COPY ******

## Receivable Charge
## Receipt # J7890

HRYCI
01/16/2007 08:33:24
ST 010 / OPR BSP

**HUBBARD,**
  KEITH

SBI            : 2070489
Date of Birth  : 04/06/1979
Location       :

| Legal Supplies – | Old Bal    : | $0.00 |
|---|---|---|
| | Charged    : | + $3.50 |
| | Collected : | – $3.50 |
| | New Bal    : | $0.00 |

Comment : 12/22/06 copy fee

Total Collected :                    $3.50

Debt Balance :                       $0.00
Commissary Balance :                 $1.50

****** RESIDENT COPY ******

## Receivable Charge
## Receipt # J6954

HRYCI
11/20/2006 08:33:31
ST 010 / OPR BSP

**HUBBARD,**
  KEITH

SBI            : 2070489
Date of Birth  : 04/06/1979
Location       : 1F

| Legal Supplies – | Old Bal    : | $0.00 |
|---|---|---|
| | Charged    : | + $1.25 |
| | Collected : | – $1.25 |
| | New Bal    : | $0.00 |

Comment : 11/17/06 copy fee

Total Collected :                    $1.25

Debt Balance :                       $0.00
Commissary Balance :                 $32.68

****** RESIDENT COPY ******

## Receivable Charge
## Receipt # J7320

HRYCI
12/07/2006 15:02:49
ST 010 / OPR BSP

**HUBBARD,**
  KEITH

SBI            : 2070489
Date of Birth  : 04/06/1979
Location       : 1F

| Legal Supplies – | Old Bal    : | $0.00 |
|---|---|---|
| | Charged    : | + $0.75 |
| | Collected : | – $0.75 |
| | New Bal    : | $0.00 |

Comment : 12/01/06 copy fee

Total Collected :                    $0.75

Debt Balance :                       $0.00
Commissary Balance :                 $26.44

```
Order
Receipt # B141026

HRYCI
11/06/2006 14:33:29
ST 002 / OPR WLH


HUBBARD,
 KEITH

 SBI          : 2070489
 Date of Birth : 04/06/1979
 Location     :


 ITEM   QTY  DESCRIPTION                    COST
 -----------------------------------------------
 1309    1   CONDITIONER 4 OZ               1.10
 6011    4   ENVELOPE STAMPED               1.88
 6001    1   LEGAL PAD 8.5 X 11             1.10
 -----------------------------------------------
                        Sub Total :        $4.08
                              Tax :        $0.00
                      Order Total :        $4.08


Commissary Balance after order :     $46.05


I have checked and received this order
with any and all credits as indicated.

Signed: _____
```

```
Order
Receipt # B147207

HRYCI
12/19/2006 06:36:03
ST 002 / OPR WLH


HUBBARD,
  KEITH

  SBI           : 2070489
  Date of Birth : 04/06/1979
  Location      :


ITEM    QTY  DESCRIPTION                          COST
------------------------------------------------------
6011     4   ENVELOPE STAMPED                     1.88
------------------------------------------------------
                          Sub Total :           $1.88
                                Tax :           $0.00
                          Order Total :          $1.88
```

Commissary Balance after order :      $12.02


I have checked and received this order
with any and all credits as indicated.

Signed: _____

```
Order
Receipt # B144945

HRYCI
12/04/2006 13:51:59
ST 002 / OPR DDT


HUBBARD,
  KEITH

  SBI            : 2070489
  Date of Birth  : 04/06/1979
  Location       :


  ITEM   QTY  DESCRIPTION                    COST
  --------------------------------------------------
  1309    1   CONDITIONER 4 OZ               1.10
  6011    7   ENVELOPE STAMPED               3.29
  6001    1   LEGAL PAD 8.5 X 11             1.10
  --------------------------------------------------
                         Sub Total :        $5.49
                               Tax :        $0.00
                       Order Total :        $5.49


  Commissary Balance after order :      $27.19


  I have checked and received this order
  with any and all credits as indicated.

  Signed:
```

```
Order
Receipt # B142062

HRYCI
11/14/2006 12:33:03
ST 002 / OPR WLH


HUBBARD,
  KEITH

  SBI            : 2070489
  Date of Birth  : 04/06/1979
  Location       :


  ITEM   QTY  DESCRIPTION                    COST
  --------------------------------------------------
  1301    1   SHAMPOO 4 OZ                   1.10
  1514    1   TOOTHBRUSH                     1.10
  6011    6   ENVELOPE STAMPED               2.82
  6001    1   LEGAL PAD 8.5 X 11             1.10
  --------------------------------------------------
                         Sub Total :        $6.12
                               Tax :        $0.00
                       Order Total :        $6.12


  Commissary Balance after order :      $34.43


  I have checked and received this order
  with any and all credits as indicated.
```

```
Order
Receipt # B150250

HRYCI
01/09/2007 10:22:49
ST 002 / OPR DDT


HUBBARD,
  KEITH

  SBI           : 2070489
  Date of Birth : 04/06/1979
  Location      :


ITEM   QTY  DESCRIPTION                      COST
-------------------------------------------------
6011    7   ENVELOPE STAMPED                 3.29
-------------------------------------------------
                          Sub Total :      $3.29
                                Tax :      $0.00
                        Order Total :      $3.29


Commissary Balance after order :       $5.00


I have checked and received this order
with any and all credits as indicated.

Signed: _____
```

```
Order
Receipt # B146141

HRYCI
12/12/2006 06:34:53
ST 002 / OPR DDT


HUBBARD,
  KEITH

  SBI           : 2070489
  Date of Birth : 04/06/1979
  Location      :


ITEM   QTY  DESCRIPTION                      COST
-------------------------------------------------
6011    7   ENVELOPE STAMPED                 3.29
-------------------------------------------------
                          Sub Total :      $3.29
                                Tax :      $0.00
                        Order Total :      $3.29


Commissary Balance after order :      $14.15


I have checked and received this order
with any and all credits as indicated.

Signed: _____
```

District Court
District of Delaware

Document 27 Filed 4/15/07

Case Number: 1:07-cv-40
Judge (GmS)
(RJB)

Deputy Attorney General
MRS. Renee L. Hrivnak
Department of Justice

is being very prejudice towards
me and has violated my 6 Amendment Const. Right to
Speedy trail By Asking for a unnessissary delay without being
preset me being present to dispute against the
Continuance proceedings I suppose to went to trail
march 1st, 2007 but it was Delayed until June 12th, 2007
which I do not agree to under no circumstances because
I wish to excercise my Right to speedy Trail. I've
Been incarcerated since Oct 10th, 2006 — April 15, 2007
which 6 months And 5 days Altogether. MRS. Renee had 6 months
to prepare her self for trial Court. She and on March 9th, 2007
She finally presented to my Attorney MR. Crosse the
motion to Discovery MRS Renee only had written statements
but couldnt produce Copies of the C.A.C. videos with
Regards to the Indictment & Information Report.
But By Law it is unconstitutional & prohibited to have
the C.A.C. videos and is Holding me in prison against
my Liberty and is violating my Constitutional 5, 6, 8, 10, 14
Due process & Equal protection rights and to include MRS
Renee wittness fabricated their complaint and dont live
n Delaware any more and is not planning on Returning
to the state because of their improper motives and MRS.
Renee knows this As well.

FILED
APR 17 2007

(See Next page)

Deputy Attorney General
MRS. Renee ~~knows this~~ violated my right to
speedy trial This is why pray the Honorable Judge
to move the courts ~~to~~ a motion to Dismiss Rule 48(b)
~~And the~~ Because MRS. Renee is Being Outstandingly
prejudice ~~or simply~~ Because a 90 day delay without
notifying me to Dispute the matter my Constitution
Rights have been Violated by MRS. Renee. 5,6,8,10,14.
Which Constitutes cruel & Unusaul punishment.
And she's Also Aware that I do Not have a Violent
Criminal Record ~~at the other~~ all. She's being Bias &
prejudice by Holding me against my Liberty.
with out proper cause. Therefore I pray the
Honorable Judge. Consult with her about these matters
her Contact information. Because This Court House
Curruption At the Justice Dept, Public Defender's office
And Superior Court House.

Deputy Attorney General.
MRS. Renee L. Hrivnak
Department of Justice
820 North French street
Wilmington, DE 19801
(302) 577-8400
1-800-553-7283

P.S. I Suffer from Depression and this is Not
~~xxxxxxxxxxxxxxxxxxxxx~~ good for my mental
Condition.
I Apreciate your Consideration. your Honor.

Case number: 1:07-CV-40
Judge (GMS) Gregory M. Sleet.
Hubbard V. Crosse Case



Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, De. 19801-3570

Keith Hubbard SBI 561 345
1281 E. 12th Street
Wilmington Delaware
19801

U.S District Court
District of Delaware

Document 1st filed 4/15/07     Case Number: 1:07-cv-40
                                Judge (GMS)
My Public Defender.              (RJB)
MR. Kester Crosse has violated the Rules of Professional
Conduct. 1.2, 1.3 in the State of Delaware.
Because I hand wrote Dozens of Pretrail motions + Habeas Corpuses,
Bail Reduction, Plea in abatement, motion to Dumurcur objections, motion to
Quash Indictment and Info, Speedy trail motion, motion Rule 29 to
Acquittel of Judgement, and motion to Prima-Facia and I submitted
it by mail to Mr. Crosse Certified Copy's and He did Recieve
but did not file my motions with the Superior Court
of Delaware which Constituted's IN-Effective Counsel.
I've even gave MR. Crosse Variase Documents to disclose
on my behalf to prove my inorsents such as:
    medical Reports to Establish that I do not
    Suffer from a STD, Western Union money Reciepts
    to prove that I am being extorted.
    By the Charges of Rape  , 8 month delay in making
    Complaint, Victem Medical Examination States the
    Victem had NON-Confirmatory for sexual contact.
    Contradictions on state wittness behalf and the
    Fact the the State wittnesses No longer lives in
    Delaware anymore and MR. Crosse failed to Disclose
    And prove the Exhibits on these matters to the
    Court of Law which constitutes in-Effective Counsel
I've been Incarcerated for Approximately 6 months and since oct 10,
2006 + MR. Crosse is getting worst as time go on, MR Crosse is
PreJudice / BIAS and is Violating All of my constitutional
Rights 5, 6, 14, 8, 10 + Civil Rights by purpasly being in effective
By letting me sit in Jail for 4½ and has only Filed a
motion of Discovery which was March 9, 2007 long after these
pretrail motions been requested for him to File Last year (2006. Nov.)

07cv040GMS

APR 17 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

see next Page.

Basically I did my own parrel legal work in my case and Mr. Crosse has done nothing But violated my Constitutional rights I've given mr. Crosse all the facts & Information about my case & This is why I pray the the Honarable Judge make note that I am sueing ~~Eos~~ For 1 million Dollars in the Hubbard v. Crosse Law suite case and BAR Mr. Crosse License As an attorney at Law This would be Justice. My 8,10 civil amendment rights is a fact the Mr. Crosse is causing cruel & unusual punishment to be done to me by ~~Holding~~ Allowing the state to Hold me against my liberty. I suppose to went to trail on March 1st, 2007 ~~And it allow the state to do it without allowing me to be present~~ But There's been a 3 month delay till June 12, 2007 which violated my 6 amendment Right to speedy-trail And Mr. Crosse Knows about everything and is ~~of~~ commiting a act of fraud and is twisting Justice I told mr. Crosse I wanted my speedy Trail or to Dismiss the Charges By Rule 48 (b) I've filed lots of Dismissal of Counsel motions with the superior Court Against Mr. Crosse and they're prejudice too. Because they didnt Appoint me New Counsel. I dont want mr. Crosse Representation any more, plain + Clear Please Somebody put a stop to this mad man. I Pray the Honarable Judge (Gms) Contact mr. Crosse And Dismiss him as my Attorney please.

Kester I.H. Crosse
Public Defender of Delaware
~~of the state of Del~~
Carvel State Office Building
820 N. French street, Third Floor
Wilmington, Delaware
19801

Telephone
(302) 577-5129

Case Number:
1:07-CV-40



Keith Hubbard SBI# 581345
W.C.Y. C.I
301 E. 12th Street
Wilmington, Delaware.

WILMINGTON DE 197
16 APR 2007 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, De 19801-3570

U. S  District Court
District of Delaware

Case # 1:07-cv-40
Judge (GMS)

Enclosed is Memorandum Copies of
Vital motions I've Filed with the
Superior Courts. Just For the Record sir.



07cv40 GMS

FILED

APR 17 2007

Respectfully Submitted,

Keith Hubbard

P.S. ~~Attach~~ Please Attach This mailed Info.
to my File with the Honorable Judge
Gregory M. Sleet. Thank You for your Concern's
in my Case.

/3

**SUPERIOR COURT**
OF THE
**STATE OF DELAWARE**

**SHARON D. AGNEW**
PROTHONOTARY, NEW CASTLE COUNTY

NEW CASTLE COUNTY  COURT HOUSE
500  N. KING STREET
LOWER LEVEL 1, SUITE 500
WILMINGTON, DE  19801-3746
(302) 255-0800

**MEMORANDUM**

| To: Kester Crosse | Date 12/21/06 |
|---|---|
| State v. Keith R. Hubbard | Case No. CC01CC070 |
| Next Proceeding, Date & Time:   F CC   2/20/07   12/19/06 | |
| **Letter/Application from Defendant received by the Court on:** | |
| Motion To Dismiss | |
| | |
| | |
| | |

Attached is a letter written to the Court by the defendant and filed with the Prothonotary's Office.  Since you are counsel of record, we are referring this letter to you for whatever action you deem appropriate.  The defendant's letter has not been reviewed by a Judicial Officer.  The Court will not retain a copy of the defendant's letter.

Superior Court Criminal Rule 47 provides in pertinent part: "The court will not consider pro se applications by defendants who are represented by counsel....."

Please advise your client that further communications regarding this case should be directed to you.

| Referred by: | Copies to: KESTER CROSSE File - Defendant |
|---|---|

c:\wp8\prose form.wpd
Revised 4/2003

27

**SUPERIOR COURT**
OF THE
**STATE OF DELAWARE**

SHARON D. AGNEW
PROTHONOTARY, NEW CASTLE COUNTY

NEW CASTLE COUNTY COURT HOUSE
500 N. KING STREET
LOWER LEVEL 1, SUITE 500
WILMINGTON, DE 19801-3746
(302) 255-0800

## MEMORANDUM

| To: R- d-- L----- | Date: 3/1/07 |
|---|---|
| State v. K---- S. Hubbard | Case No. (-------- |
| Next Proceeding, Date & Time: T-R-A1    6/12/07 | |
| **Letter/Application from Defendant received by the Court on:**    2/--/7 | |
| Motion for Speedy Trial | |
| | |
| | |
| | |
| | |

Attached is a letter written to the Court by the defendant and filed with the Prothonotary's Office. Since you are counsel of record, we are referring this letter to you for whatever action you deem appropriate. The defendant's letter has not been reviewed by a Judicial Officer. The Court will not retain a copy of the defendant's letter.

Superior Court Criminal Rule 47 provides in pertinent part: "The court will not consider pro se applications by defendants who are represented by counsel....."

Please advise your client that further communications regarding this case should be directed to you.

| Referred by:   S. Nawick | Copies to:   K. Cross   File - Defendant |
|---|---|

c:\wp8\prose form.wpd
Revised 4/2003

## SUPERIOR COURT
### OF THE
## STATE OF DELAWARE

**SHARON D. AGNEW**
PROTHONOTARY, NEW CASTLE COUNTY

NEW CASTLE COUNTY COURT HOUSE
500 N. KING STREET
LOWER LEVEL 1, SUITE 500
WILMINGTON, DE 19801-3746
(302) 255-0800

## MEMORANDUM

| To: Kester Crosse | Date 3/20/07 |
|---|---|
| State v. Keith Hubbard | Case No. 0601010070 |
| Next Proceeding, Date & Time:   Trial   6/12/07 | |
| **Letter/Application from Defendant received by the Court on:** 3/19/07 | |
| Motion for Speedy Trial | |
| | |
| | |
| | |
| | |

Attached is a letter written to the Court by the defendant and filed with the Prothonotary's Office. Since you are counsel of record, we are referring this letter to you for whatever action you deem appropriate. The defendant's letter has not been reviewed by a Judicial Officer. The Court will not retain a copy of the defendant's letter.

Superior Court Criminal Rule 47 provides in pertinent part: "The court will not consider pro se applications by defendants who are represented by counsel....."

Please advise your client that further communications regarding this case should be directed to you.

| Referred by: C. Neviek | Copies to: / Crosse     File - Defendant |
|---|---|

c:\wp8\prose form.wpd
Revised 4/2003



WILMINGTON DE 197

16 APR 2007 PM 1 L

Office of the Clerk
United States District Court
844 North King Street, Lock Box 18
Wilmington, DE 19801-3570

Keith Hubbard SBI# 551345
H.R.Y.C.I.
1301 E. 12th Street
Wilmington, DE
19809

19801+3570  C012

U.S District Court
District of Delaware



CASE # 1:07-CV-40
Judge (GMS).
(RJB)

Inside is Enclose Letters that I
Recieved from the superioe Court
Judges being Bias to me and not
Dismissing Kester Crosse As my Attorney.
And Appointing me new Counsel. I've
File many or multiple Motions to Dismiss
MR. Crosse as my Attorney for violating
my 5,6,9,10,14 Constitutional Rights and
They seem to don't Care, which is wrong.
May the Honorable Judge Gregory M. Slett
Notify the superior Court about these
presundice matters.

Respectfully Submitted,
Keith Hubbard

PS. The Superioe Court Contact Information is
(302) 255-0669

SUPERIOR COURT
OF THE
STATE OF DELAWARE

CHARLES H. TOLIVER, IV
*JUDGE*

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801-3733
TELEPHONE (302) 255-0657

January 17, 2007

Kester I. H. Crosse
Assistant Public Defender
Office of the Public Defender
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

Re:    *State v. Keith B. Hubbard*
       ID No. 0601010070

Dear Mr. Crosse:

Enclosed you will find a copy of the defendant's "Motion to Dismiss Current Counsel and for Court to Appoint New Counsel". In light of the fact that the defendant has not been given permission to proceed *pro se*, the Court will not take any action on the motion. However, you are directed to review the same and if you deem it appropriate, file the same on behalf of the defendant. By copy of this letter, I am so informing the defendant and directing that he not file any more motions *pro se* unless and until he is granted permission to proceed in that fashion.

IT IS SO ORDERED.

Sincerely yours,

Charles H. Toliver, IV
Judge

CHT, IV/ld
Enclosure
oc:    Prothonotary
cc:    Mr. Keith B. Hubbard, #T2070489
       Rene L. Hrivnak, Esquire

SUPERIOR COURT
OF THE
STATE OF DELAWARE

FRED S. SILVERMAN
*Judge*

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801-3733
TELEPHONE (302) 255-0669

February 22, 2006

**INMATE MAIL**

Keith B. Hubbard
Howard R. Young Correctional Facility
1301 W. 12th Street
Wilmington, DE 19809
SBI#: 0000T2070489
**N440**

RE: *State v. Keith B. Hubbard, ID# 0601010070*

Dear Mr. Hubbard:

This addresses your petition for a writ of habeas corpus and motion for appointment of new counsel received on January 23, 2007. The court has referred those papers to the Prothonotary for docketing.

Meanwhile, by separate order, the court is *DENYING* your petition for a writ of habeas corpus. As the order explains, you are not entitled to relief because you are being held in default of bail, having been indicted last year. If the charges were fabricated or there is insufficient evidence, as you contend, a trial will determine that. Meanwhile, you will be held until you post bail.

Your motion to dismiss Mr. Crosse as your court-appointed attorney and for a new attorney is *DENIED*, without prejudice. By copy of this letter, the court is requiring that Mr. Crosse respond to your motion. Although Mr. Cross will not be required to show the court a copy of his response, Mr. Crosse shall advise the court that he has responded, within one week of this letter's date.

*RE: State v. Keith B. Hubbard*
*ID# 0601010070*
*Letter/Order*
*February 23, 2007*
*Page 2*

      If you are still dissatisfied with Mr. Crosse's representation, you are required to bring your concerns to the court's attention ten days after Mr. Crosse responds to the court.

      It is important for you to understand that even if you remained dissatisfied with Mr. Crosse, it is very unlikely that the court will appoint new counsel for you. If, upon inquiry by the court, Mr. Crosse says that he is familiar with your case and he is prepared to defend you, the fact that you may disagree will not justify the court's dismissing Mr. Crosse and appointing another attorney.

     **IT IS SO ORDERED.**

                      Very truly yours,

                            2/23

FSS/lah
oc:  Prothonotary (Criminal Division)
pc:  The Honorable M. Jane Brady
      Kester Crosse, Esquire
      Janice Ruebeck, Prothonotary's Office

SUPERIOR COURT
OF THE
STATE OF DELAWARE

M. JANE BRADY
*JUDGE*

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801-3733
TELEPHONE (302) 255-0661

March 1, 2007

Mr. Keith B. Hubbard
M.P.C.J.F.
1301 East 12th Street
Wilmington, DE  19809

    *Re:    Case No. 06-010-100700*

Dear Mr. Hubbard:

    I am in receipt of two matters you recently filed in the Superior Court. The first, dated February 7, 2007 and received by the Court on February 16, 2007, is titled "Motion to Dismiss Current Counsel and For Court to Appoint New Counsel." The basis for that request is your dissatisfaction with Kester Crosse, Esquire. The second, dated February 19, 2007 and received by the Court on February 22, 2007 is titled "Petition for Writ of Habeas Corpus." The basis for that petition is your contention that the Indictment is defective and the evidence is insufficient.

    By letter dated February 22, 2007, Judge Silverman of this Court addressed previous, similar requests. He denied your Motion to Dismiss Mr. Crosse, without prejudice, and required that Mr. Crosse respond to your motion by February 29, 2007. Given the similarity of your complaints in the present filing, I will refer this matter to Mr. Crosse and request he conduct himself similarly in this instance. Your request is therefore, *DENIED*, without prejudice.

    In addition, Judge Silverman addressed your claim that there is insufficient evidence to support the charges, and noted that the determination of that issue will be made at trial. My response is the same.

    As to your claim that the Indictment is defective because it "fails to allege intent" as part of the offense, I have reviewed each charge of the Indictment and find that each alleges that you acted intentionally. Your Motion for Habeas Corpus is, therefore, *DENIED*.

Very truly yours,

M. Jane Brady
*Judge*

MJB/jf
cc:    Prothonotary
        The Honorable Fred S. Silverman
        Kester Crosse, Esquire (w/ enclosures)
        Janice Ruebeck (w/ enclosures)

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

IN THE INTEREST OF:                    )
                                       )
KEITH B. HUBBARD,                      )          C.A. No. 07M-03-045
                                       )          **HABEAS CORPUS**

## **ORDER**

   This 30th day of March, 2007, upon review of the foregoing Petition for Writ of Habeas Corpus and the record in this case, it is the decision of the Court that the Petition is hereby *DENIED*. Petitioner is legally detained. Petitioner is held in default of bail on a pending, multi-count, Rape first degree indictment. See prior orders.

   Petitioner is represented by counsel. Nevertheless, Petitioner has filed more than a dozen petitions for habeas corpus relief. Petitioner refuses to recognize the limited review that a petition receives. And so, he is filing serial petitions.

   The Prothonotary **SHALL** continue to docket all filings in this case, but the Prothonotary shall not forward to chambers any habeas corpus application filed by Keith B. Hubbard, on his own. Hubbard's counsel shall be responsible for requesting habeas corpus relief, if that relief becomes necessary. The Prothonotary shall not acknowledge or otherwise respond to habeas corpus petitions filed directly by Hubbard in connection with the pending indictments. The Prothonotary **SHALL** fully and promptly process any petition filed by counsel on Hubbard's behalf.

   **IT IS SO ORDERED.**

                      _____
                             Judge

oc: Prothonotary
pc: Kester Crosse, Esquire
Keith B. Hubbard, H.R.Y.C.I.

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

IN THE INTEREST OF:                        )
                                           )
KEITH B. HUBBARD                           )    I.D. No. 0601010070
                                           )
                                           )    **HABEAS CORPUS APPLICATION**
                                                _Second Petition_

**ORDER**

This 26th day of January, 2007, upon review of the foregoing Petition for

Writ of Habeas Corpus and the record in this case, it is the decision of the Court that

the Petition is hereby DENIED. Petitioner is legally detained. Petitioner fails to state

a claim upon which such a writ be issued. The relief requested is not properly granted

through a Writ of Habeas Corpus.  _Δ was indicted on Feb. 21, 2006._
_He is held in default of bail.  Habeas corpus is not a way to challenge_
_the indictment._ **IT IS SO ORDERED.**  _If the evidence was fabricated or it is insufficient,_
_that is what a trial will decide._
_(See July 12, 2007 letter.)_                    _Fred S.S._     _2/23_
                                       _____
                                                   Judge


oc: Prothonotary (Civil & Criminal Division)
pc:  Kester I.H. Crosse, Esquire
     Renee L. Hrivnak, Deputy Attorney General
     Keith B. Hubbard, H.R.Y.C.I.



U. S District Court

District of Delaware

Hubbard v. Crosse

Case# 1:07-cv-40

Judge (GMS)

Enclosed are my motions that I recenctly
Filed with the Superior Courts which was
Denied with prejudice because I do not
want Mr. Crosse representation. Therefore
may the Honorable Gregory M. Sleet.
Consult with the Superior Court about these
Prejudice matters. Thank you ever so much, for
your Help and Support.

Respectfully Submitted,
Keith B. Hubbard

PS. ~~Attn~~ Please Attach these Documents to
my Law suite File, I Apreciate it sir, very
much.



07-40 GMS

FILED

APR 1 7 2007

IN AND FOR NEW CASTLE COUNTY

56

FILED
PROTHONOTARY
2007 APR -3  PM 3: 15

State of Delaware

v.

Keith Hubbard

Defendant.

CR. A. NOS

CASE ISU 0601010070

DOB 4-6-79

DENIED, if
this 9th day of
April, 2007

CC: Kester
Crosse, Esg.
Rene Hrivnak, Esg.

Motion to Dismiss Current Counsel
Court to Appoint New Counsel

Comes Now The Defendant, Keith Hubbard Pro se,
and Request this Honorable Court to Appoint the Defendant
a new Counsel, Pursuant to Superior Court Crim.
Rule 44(d) and 11 Del. C. § 5103, for the reasons
stated here in:

1. The Defendant has been Incarcerated for 6
months

2. The Defendant present Attorney has taking no
Interest in the defendant's case, Counsel for
Defendant Should Confer with his Client with out
delay, and as often as necessary to elicio
matters of defense or to ascertain that potential
defenses are unavailable. Counsel should discuss
fully potential strategies and tactical choices with
his Client. DELAWARE Lawyers Rules of Professional
Conduct, Rules 1.1, 1.2, 1.3.

3. Counsel should promptly advise his client of his rights
and take all actions necessary to preserve them. Many
rights can only be protected by prompt legal action.
The Supreme Court has, for example, recognize the
Attorney's Role in Protecting the Clients privilege against self-

incrimination, ___ ___ __ ___ ___ ___ ___ ___ Fuel
1197 (1973), also see, Miranda v. Arizona, 374 U.S. 436
86 S.

34. 1602 ___. Counsel should also be concerned with
the accused's right to be released from custody pending
trail, and be prepared, where appropriate to make
motions for pre-trail motions for suppression of
the Evidence and other vital motions for the
preparation of the Defense.

United States v. Ash Jr. 413 U.S 300, 93 S. CT.
2568 (1973)

4. In Addition, the defendant wishes to assert
the following facts and grounds in support of
this motions

Mr. Kester Crosse my Public Defender Counsel has been nothing
but in-Effective Mr. Crosse fail to disclose of the motion for discovery
hearing March 9, 2007 my medical records from VA, showing that I
do not suffer from any ST.DS, Western Union Money Receipts
to prove to the Courts that I'm being Extorted by the charge's of
Rape + Sex Abuse which was fabricated by state witness which
means Mr. Crosse violated my Equal Protection Rights and Due process Rights
For the above Reasons, the Defendant Request this Court
for a hearing upon the above Information and Request
this Honorable Court to appoint him a New Counsel.

Respectfully Submitted,

Keith Hubbard

Date: 3 / 20 / 07

N.P.C.J.F
1301 East 12th Street
Wilmington De 19309

IN The Superior Court of The State of Delaware
IN And For New Castle County

State of Delaware                    CR.A. NOS _____ - _____ - _____

v.                                   Case ISN 0601010070

                                     D.O.B 4-6-79

Keith B. Hubbard
Defendant

---

Motion to Dismiss Current Counsel And for
Court to Appoint New Counsel

Comes and The Defendant, Keith Hubbard, Pro se And
Request This Honorable Court to Appoint the Defendant
a new Counsel, persuant to Superior Court Criminal
Rule 44(c) and 11 Del. C § 5103, For the reasons Stated
here In:

1. The Defendant has been Incarcerated for the past
___6___ months

2. The Defendant Present Attorney has taken No
Intrest in the Defendant Confer with his Client with
out Delay and as often as necessary to elicit matters
of defense or to Ascertain that potential defenses are
unavailable. Counsel should discuss fully potential
Strategies and tactical Choices with his Client a
Delaware Lawyers Rules of Professional Conduct
Rules 1.1, 1.2, 1.3

3. Counsel should promptly Advise his client of
his rights and take all actions necessary to preserve
them. Many rights can only be protected by prompt
legal action. The Supreme Court has, for example
recognized the attorney's duty to preserve the
clients rights and to take all necessary actions

[...] (1949). Counsel should also be familiar with the accused's right to be released from custody pending trial, and be prepared, where appropriate, to make motions for pre-trial motions for suppress- or the evidence and other trial motions for the preparation of his Defense.

United States V. Ash Jr. 413 U.S. 300, 93 S. CT. 2568 (1973)

4. In addition, the defendant wishes to assert the following facts and grounds in support of this motion.

Mr. Keske Crosse fails to File my pre-tenil motions such as PRIMA FOCIA, DEMURRER OBJECTIONS, Boil Reduction, Quash Indictment & Information, Speedy Trail, Plea IN Abatement yet Mr. Crosse Altogether has violated my 5,6,14 constitutional Rights But IS only Causing Cruel & Unsual Punishment I've advise Mr. Crosse Face to Face that I do not Appreciate him being ineffective and bias to my Case, And to Dismiss his-self from my case For the Above reasons, The Defendant Review the Court For a hearing upon Information and request this Honarable Court to Riff— him A New Counsel

Respectfully Submitted,

Keith Hubbard

M.P.A.S.F
1301 East 10th street
[...]ington [...] 19809

Date: 3 / 20 / 07

In The Superior Court of The State of Delaware

PROTHONOTARY   In And For New Castle County

FILED
2007 APR -3 PM 3:08
STATE of Delaware

V.

Keith B. Hubbard
Defendant.

CR.A. NOS _____ - _____

Cas I.D# 0601010070

---

Motion To Dismiss Current Counsel And For
Court To Appoint New Counsel

___ ___ The Defendant, Keith B. Hubbard, ___ ___
And Request This Honorable Court to appoint the defendant
A New Counsel, Pursuant to Superior Court Criminal Rule
44(a) and ___ Del. C. § 5135, for the reasons ___
here in:

1. The Defendant has been incarcerated in the past 6 months.

2. The Defendant Person, Attorney has shown no interest in the defendants Case. Counsel for the Defendant Confer with his Client without being ___ ___ as necessary to their meeting a Defense or in Ascordain the potential ___ ___ as applicable. Counsel should discuss fully Potential strategies and tactical choices with his Client. Delaware Lawyers Rules of Professional Conduct, Rules 1.1, 1.2, 1.3.

3. Counsel should promptly advise his client as his ___ and take all Actions reasonably to Preserve them, this ___ can only be provided by prompt legal action, the Supreme Court has For example Recognized the Attorneys Role in Protecting the Clients privilage against self incrimination. See United States v. De Gasso, 489 F.2d

86 S.

Ct, 600 (1968). Counsel should also be _____ with the Accused's right to be Released from Custody pending Trail, and be prepared, where appropriate to make motions for suppression of the Evidence and other vital motions for the preparation of his Defense United States v. Ash 5. 413 U.S. 300, 93 S. Ct. _____

4. In Addition the defendant wishes to assert the following facts and grounds in support of this motion:

I've wrote my own pre-trail motions and mail them to Mr. Crosse but Mr. Kester Crosse is Prejudice / Bias And is Violating All of my Constitutional Amendment Rights 5, 6, 7, 8, 10th Civil Rights by purposely being In-Effective By letting me sit in Jail for 4½ months with out filing my pre-trail motions After being Advised to do so until March 9th 2007 Discovery motion was all he did in my case. I've worked my own case in prison with out his assistance. He didn't support me with nothing. I gave him all the facts about my case. The State should bar Mr. Crosse for his un-professional conduct I don't want Mr. Crosse Representation Because He is a Fraud person that like's to twist justice and is getting worst I told Mr. Crosse I want my speedy trail and he didn't do it. For the above reasons, The Defendant request the court for A hearing upon the Above Information and Request This Honorable Court to Appoint him New Council.



U.S. District Court
District of Delaware

Case# 1:07-CV-40
Judge (GMS)
Documents (RTB)

Enclose are Copies of Habeas Corpuses
That I've filed with the Superior Court of Delaware
And ~~the~~ The Honarable Judge Silverman Denied
All. ~~But~~ But I was only explaining to him How
My Case with the Courts was unconstitutional.
Demurrer-Objections, Quash Indictment & Info,
Prima-Facia, And How my Constitutional Rights
Been Violated And He just being evil towards me
Bias & PreJudice May the Honorable Judge
Gregory M. Sleet please correct these Obvious Errors
made by the Superior Court. Thank you for your
Time & Consideration.

Respectfully Submitted,
Keith Hubbard

PS. The Honarable Judge Fred Silvermen Contact
Info is
(302) 255-0669



07-40 GM S

FILED

APR 17 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

|  |  |
|---|---|
| IN THE MATTER OF | ) ) ) CIVIL ACTION NO. 07M-03-045 FSS ) CRIMINAL ID: 0601010070 ) |
| Keith Hubbard | ) ) ) 4th ) HABEAS CORPUS PETITION |

2007 MAR 19 PM 4:35
FILED PROTHONOTARY

## ORDER

This ____15____ day of ___March___, **2007**, upon review of
4th
the foregoing Petition for a Writ of Habeas Corpus and the record in this case, it is the

decision of the Court that the Petition is hereby **DENIED**. Petitioner is legally detained.

Petitioner fails to state a claim upon which such a writ may be issued. The relief

requested is not properly granted through a Writ of Habeas Corpus.

*Mr. Hubbard — You are not going to knock out an indictment this way. You are held in default of bail. That is all the court*
**IT IS SO ORDERED** *considers through habeas corpus.*

_____
The Honorable Fred S. Silverman

Orig: Prothonotary
cc:    Defendant
       Department of Justice
       Kester Crosse, Esq.

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

|  |  |
|---|---|
| **IN THE MATTER OF** | ) <br> ) <br> ) **CIVIL ACTION NO. 07M-03-059 FSS** <br> ) **CRIMINAL ID: 0601010070** <br> ) |
| **Keith Hubbard** | ) <br> ) <br> ) 5ᵗʰ <br> ) <br> ) **HABEAS CORPUS PETITION** |

### ORDER

This _____ day of _____, **2007**, upon review of the foregoing Petition for a Writ of Habeas Corpus and the record in this case, it is the decision of the Court that the Petition is hereby **DENIED.** Petitioner is legally detained. Petitioner fails to state a claim upon which such a writ may be issued. The relief requested is not properly granted through a Writ of Habeas Corpus. *See criminal order*

**IT IS SO ORDERED**

_____
The Honorable Fred S. Silverman

Orig: Prothonotary
cc:    Defendant
        Department of Justice

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

|  |  |
|---|---|
| **IN THE MATTER OF**<br><br>**Keith Hubbard** | )<br>)<br>) **CIVIL ACTION NO. 07M-03-093 FSS**<br>) **CRIMINAL ID: 0601010070**<br>)<br>)<br>)<br>)<br>) **HABEAS CORPUS PETITION** |

## ORDER

This _____ 22 _____ day of _____, **2007**, upon review of

the foregoing Petition for a Writ of Habeas Corpus and the record in this case, it is the

decision of the Court that the Petition is hereby **DENIED.** Petitioner is legally detained.

Petitioner fails to state a claim upon which such a writ may be issued. The relief

requested is not properly granted through a Writ of Habeas Corpus.  *See earlier orders.*

**IT IS SO ORDERED**


_____
The Honorable Fred S. Silverman

Orig:  Prothonotary
cc:    Defendant
       Department of Justice

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

|  |  |
|---|---|
| **IN THE MATTER OF**<br><br>**Keith Hubbard** | )<br>)<br>) **CIVIL ACTION NO. 07M-03-094 FSS**<br>) **CRIMINAL ID: 0601010070**<br>)<br>)<br>) 7$^{tt}$<br>) **HABEAS CORPUS PETITION** |

## ORDER

This ___ 22 ___ day of _Uuly_____, **2007**, upon review of

the foregoing Petition for a Writ of Habeas Corpus and the record in this case, it is the

decision of the Court that the Petition is hereby **DENIED.** Petitioner is legally detained.

Petitioner fails to state a claim upon which such a writ may be issued. The relief

requested is not properly granted through a Writ of Habeas Corpus.  *See earlier*

*orders.*

### IT IS SO ORDERED

_____
The Honorable Fred S. Silverman

Orig: Prothonotary
cc:   Defendant
      Department of Justice

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

|                        |   |                                    |
|------------------------|---|------------------------------------|
|                        | ) |                                    |
|                        | ) |                                    |
| **IN THE MATTER OF**   | ) | **CIVIL ACTION NO. 07M-03-095 FSS** |
|                        | ) | **CRIMINAL ID:  0601010070**       |
|                        | ) |                                    |
| **Keith Hubbard**      | ) |                                    |
|                        | ) |                                    |
|                        | ) |                                    |
|                        | ) | **HABEAS CORPUS PETITION**         |

## ORDER

This _____ 12 _____ day of _____ June _____, **2007**, upon review of the foregoing Petition for a Writ of Habeas Corpus and the record in this case, it is the decision of the Court that the Petition is hereby **DENIED.** Petitioner is legally detained. Petitioner fails to state a claim upon which such a writ may be issued. The relief requested is not properly granted through a Writ of Habeas Corpus. *See earlier orders.*

**IT IS SO ORDERED**

_____
The Honorable Fred S. Silverman

Orig:  Prothonotary
cc:    Defendant
       Department of Justice

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

|  |  |
|---|---|
| **IN THE MATTER OF**<br><br>**Keith Hubbard** | )<br>)<br>) CIVIL ACTION NO. 07M-03-096 FSS<br>) CRIMINAL ID: 0601010070<br>)<br>)<br>)<br>) **HABEAS CORPUS PETITION** |

## ORDER

This _____ day of _____, **2007**, upon review of

the foregoing Petition for a Writ of Habeas Corpus and the record in this case, it is the

decision of the Court that the Petition is hereby **DENIED.** Petitioner is legally detained.

Petitioner fails to state a claim upon which such a writ may be issued. The relief

requested is not properly granted through a Writ of Habeas Corpus. *See earlier*

*Orders.*

### IT IS SO ORDERED

_____

The Honorable Fred S. Silverman

Orig: Prothonotary
cc:     Defendant
         Department of Justice

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

|  |  |
|---|---|
| **IN THE MATTER OF**<br><br>**Keith Hubbard** | )<br>)<br>) **CIVIL ACTION NO. 07M-03-097 FSS**<br>) **CRIMINAL ID: 0601010070**<br>)<br>)<br>)<br>)<br>) **HABEAS CORPUS PETITION** |

## ORDER

This _____ 22 day of _____ July _____, **2007**, upon review of the foregoing Petition for a Writ of Habeas Corpus and the record in this case, it is the decision of the Court that the Petition is hereby **DENIED.** Petitioner is legally detained. Petitioner fails to state a claim upon which such a writ may be issued. The relief requested is not properly granted through a Writ of Habeas Corpus. *See earlier orders.*

**IT IS SO ORDERED**

_____
The Honorable Fred S. Silverman

Orig: Prothonotary
cc:    Defendant
        Department of Justice



Office of the Clerk
United States District Court
844 N. King Street
Wilmington, De 19801

Keith Hubbard SBI# 561315

H.R.Y.C.I.
1301 E. 12th Street
Wilmington, De
19809

Case Name: Hubbard v. Crosse et al
Case number: 1:07-CV-40
(GMS) Judge Gregory M. Sleet.
Document Attachment

I've also been a victem of Cruel and
unusual Punishment and I have 13 wittnesses
that Experienced the same, we are in administratio.
segregragation at H.R.Y.C.I and Our 8th amendment
Constitutional rights are being outstandingly violated
By the warden Raphael and his staff, we all
Suffering from Cruel and unusual Punishment
By being lock down for 47 hours and is
only allowed to have Recreation + come out
1hr. every other day During the week, and on
the weekends its actually Worst, It then
Becomes 63 hr. lockdown and only allowed
to have recreation for 1 hour. By law
administration Segragation suppose to be 23
hour Lock down and should be allowed to have
Recreation Eachday.



FILED

MAY - 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I, Keith Hubbard been on Administration Segregation since 10-6-06 therefore we've Assembled a Petition and Civil grievance by Administration segregation and Protective Custody Status Inmates on 1F and 1E Pod. At the Howard R. Young Correctional Institution c/ The warden Raphrel Williams office and the wittnesses are,

And these Inmates Are:

1. Kevin Hardy
   Been here since 1-18-07
   SBI# 250516

2. Lynwood Gordon
   been here since 2-1-07
   SBI# 409533

3. Derwin Evans
   been here since 3-31-07
   SBI# 522303

4. Ron Slow
   Been Here since
   11-18-06
   SBI# 030917

5. Attione Money
   Been Here since 3-5-07
   SBI# 304553

12. Derrick Miller
    SBI# 00228925
    Been here since
    10-6-06

13. Keith B. Hubbard
    SBI# T2070489
    been here since
    10-10-06

14. James Cooke
    SBI# 403972
    5-1-05



WILMINGTON DE 197

08 MAY 2007 PM 1 T

U.S.M. X-RAY

Office of The Clerk
United States District Court
844 N King Street, Lock Box 18
Wilmington, DE
19801 · 3570

Keith Ambrose SBI# 577 2115
201 E 12th Street
Wilmington/DE
19801