D.O.B - 1979
SSN: 8554 Last 4 digits

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Keith Hubbard   #00070489
     (Name of Plaintiff)      (Inmate Number)

H.R.Y.C.I
1301 E. 12th St, Wilmington, DE 19809
(Complete Address with zip code)

(2) _____
     (Name of Plaintiff)      (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Kester Crosse
(2) Samantha Scipio Hubbard
(3) Raphael Williams
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

07-40 ***
(Case Number)
(to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
JAN 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I.  **PREVIOUS LAWSUITS**

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (•·Yes) ··No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (•·Yes) ··No

C. If your answer to "B" is Yes:

1. What steps did you take? I've consulted at least 5 times with my attorney Mr. Kester Crosse about my unlawful Imprisonment and How I was falsely accused for a crime that I didn't commit.

2. What was the result? Mr. Kester Crosse did absolutely nothing to preserve my Constititional rights and has conflicted the intrest of my case by not getting me out of jail since Nov. 20th 2006 which is 2½ months period of time.

D. If your answer to "B" is No, explain why not: _____

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Mr. Kester Crosse
Employed as Public Defender at Lawrence M. Sullivan
Mailing address with zip code: Carvel State Office Building 820 N. French Street, Third Floor Wilmington, Delaware 19801

(2) Name of second defendant: Mrs. Samantha S. Hubbard
Employed as N/A at N/A
Mailing address with zip code: 1209 W. 6th St #1A Wilmington, Delaware 19805-3213

(3) Name of third defendant: Raphael Williams
Employed as Warden at Howard Young Correctional Institution
Mailing address with zip code: H.R.Y.C.I. 1301 E. 12th Street, Wilmington, Delaware 19809

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Round about 11-10-06 At H.R.Y.C.I Mr. Kester Crosse was informed by me with all the Necissary facts to assure my grounds of innorcense and he did not do anything I asked, accept leave me in Jail being incarcerated behind false accusations

2. MRs Samantha S. Hubbard has Been Extorting ME Since mid June 2005 Jan 2006 and has lied to Authorities to bring up Criminal charges against ME while she Risided here to Wilmington, Delaware and I Resided in Richmond, VA This I have proof of

3. Raphael Williams staff have me Isolated without Cause 47hrs weekdays and 1hr for Recreation and every weekend we're lock down for 60hrs plus. which I Never done anything wrong to deserve this madness I've been Isolated for 3 1/2 months Since Oct 10, 2006 I'm losing weight and still getting smaller Because we cant order Commisary in the Hole my size I went from wearing 5x Now I wear a size 2 and They're giving the wrong Medication, instead of Paxil it's a off Brand of prozak sick call havent seen me yet help me!!! Cause Delaware inmates are dying fast!!!

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. To Be Released from Jail immediatly and for Justice to be served according to Law of Delaware or The U.S Constitution. Thank You for your Concern's

3

2. _____
_____
_____
_____
_____
_____

3. _____
_____
_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __21__ day of __January__, 2_007_.

__Keith Hubbard__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4






Keith B. Hubbard SBIH #20704B9
H.R.Y.C.I
301 E. 12th Street
Wilmington, Delaware
19801

Clerks Office
U.S District Court
9th & King Street
19801