OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

February 14, 2007

TO: Keith Hubbard  
　　SBI# 2070489  
　　Howard R. Young Correctional Institution  
　　P.O. Box 9561  
　　Wilmington, DE 19809

　　　**RE: Incomplete USM 285 Form; 07-40(\*\*\*)**  
　　　　Hubbard v. Crosse, et al.

Dear Mr. Hubbard:

　　Please be advised that this office has received a USM 285 form for Kester Crosse and Samantha S. Hubbard that was filled out incorrectly. Please submit a USM 285 for each defendant. Enclosed please find two blank forms and a sample form.

　　Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

　　　　　　　　　　　　　　　　　　Sincerely,

/ead　　　　　　　　　　　　　　　　　PETER T. DALLEO  
　　　　　　　　　　　　　　　　　　　CLERK

cc: The Honorable Mary Pat Thynge  
enc: USM 285 forms