IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEITH HUBBARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-40-GMS |
| | ) | |
| KESTER CROSSE, SAMANTHA S. HUBBARD, and DEPUTY WARDEN RAFAEL WILLIAMS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, the plaintiff Keith Hubbard ("Hubbard"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on February 6, 2007, this court entered an order granting Hubbard leave to proceed *in forma pauperis* and requiring Hubbard to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed (D.I. 7);

WHEREAS, the time period has lapsed and to date, the authorization form has not been received from Hubbard;

THEREFORE, at Wilmington this 9th day of April, 2007, IT IS HEREBY ORDERED that Hubbard's complaint is DISMISSED WITHOUT PREJUDICE.

UNITED STATES DISTRICT JUDGE



FILED

APR 10 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE