RECEIVED
AUG 27 2007
Bb
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

C.A. 07-40 GMS

Date August 24, 2007

Dear Honorable Judge Gregory M. Sleet,

Hello my name is Keith B. Hubbard Case# 1:07-CV-40 case name Hubbard V. Crosse et al. My concerns are sevier in this matter I been violated by my Public Defender Kester Crosse Esq. in the State of Delaware. However my 5, 6, 8, and 14th constitution rights are being prejudice due to the facts I've been incarcerated for 10½ months and I've requested a bail reduction, motion to demurrer objections, dismiss motion rule 48(b) violation of speedy trail, speedy trail, motion in Limine, and after my Trail date June 30th, 2007 which was a Hungjury/mis-Trail. I've asked for a Rule 29 Acquittal or Judgement in the Superior Court in and for New Castle County. And Mr. Crosse has still insist on being Ineffective as a major conflict of Intrest. I've file atleast 12-15 motions to Dismiss counsel and Appoint New For these very same grounds. Therefore I'm Incarcerated at the H.R.Y.C.I. Institution under violation cruel and unsual Punishment 47-1 Lockdown on Protective Castudy. none-the-less Mr. Crosse has gotten worst with time and is not improving at all.

(See over)

And I warned him about the civil suite and its an automatic conflict of Intrest so with prejudice the Superior Court denied all my motions to Dismiss counsel and appoint new. I pray that you Honorable Judge Gregory M. Sleet put a stop to the Bias In this situation since I've Been Incarcerated 2 of my Loved ones passed away actually one was my step Father Juan Copeland which died from Cancer and thee other was my son Lil Keith R. Shaw mother Stephon L. Shaw she was killed In-front of my son eye's And Right Now He's traumatized And has to testify to what He saw. My son Lil Keith R. Shaw saw his mother get Stabbed to Death by her Jelouse Possesive Boy Friend. And I couldn't even attend the Funnerals. Here's why I pray that You Honorable Judge Gregory M. Sleet Dismiss my Public Defender Kester Crosse for absolute Conflict of Intrest. Because Mr. Crosse Knows about these Circumstances and is still In-Effective and obviously don't care. Please look into my Documents attached to This case and I pray again that you make a strong racommendation to Resolve this matter.

(See over)

Respectfully Submitted,

Keith B. Hubbard
Case # 1:07-CV-40
SBI # 581345

PS: Please Respond.

Keith B. Hubbard  SBI# 581345
H.R.Y.C.I
1301 E. 12th street
Wilmington, DE
19801

Ronald Bailey
1218 E. 13th Street NR. Y.C.I
Wilmington DE 19809

WILMINGTON DE 197
24 AUG 2007 PM 3 T

Honorable Judge Gregory M. Sleet
United States District Court
844 N. King Street Lockbox 18
Wilmington DE 19801