CA 07-40 GMS

Aug. 24, 2007

Dear Office of the Clerk,

Hello, Keith B. Hubbard
Case Name: Hubbard V. Crosse, et al
Case Number: 1:07-CV-40 l. And I'm Requesting a Copy of My Documents Attached to this case, 2And I'm Requesting a List of All civil suite Pre-trail motions. and A Reciept from my U.S marshal Form 288. Thank you very much.

Respectfully Submitted,

Keith B. Hubbard
SBI# 58/345

PS. Please Respond.



RECEIVED
AUG 2 7 2007
BL
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Keith R. Hubbard SBI# 254311
201 E 12th Street
SHU C-1
Wilmington, DE
19809

Office of The Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington DE
19801-3570