OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 28, 2007

TO:

**Keith Hubbard**
SBI# 2070489
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

    **RE:** *Request for Copywork;*
        <u>Hubbard v. Crosse, et al.</u>   CA 07-40 GMS

Dear Mr. Hubbard:

    A letter has been received by the Clerk's Office from you requesting copies of documents in your case.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. ***Should you require copywork in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    **A copy of your Docket Sheet is enclosed. Please indicate which documents you wish to order and we will send you a letter indicating the cost for the copywork.**

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/rwc                                           PETER T. DALLEO
                                                   CLERK

cc:  The Honorable Gregory M. Sleet
enc.  Docket Sheet