Draft Petition Document # 07-40(GMS).
Complaint is Current Counsel is in-Effective And has a Bias/Conflict of Interest towards Keith B. Hubbard.

I Keith B. Hubbard Request the Bar of Examiners to Appoint Me with a New Counsel, Pursuant to Superior Court Criminal Rule 44(d) and 11 DEL.C. § 5103, For the Reasons Stated Herein:

1. The Defendant has been Incarcerated For the Past 10½ months.

2. The Defendant's present Attorney has taken No interest in the Defendant's case, Counsel for the Defendant should confer with his Client without Delay, and as often as necessary to Elicit matters of Defense or to ascertain that Potential Defenses are un-available. Counsel Should Discuss fully Potential Strategies and tactical choices with his Client. Delaware Lawyers Rules of Professional Conduct, Rules 1.1, 1.2, 1.3.

3. Counsel should Promptly Advise his Client of his rights and take all actions Necessary to preserve them. Many rights can only Be protected by prompt Legal actions.

FILED
SEP - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Supreme Court has, for example, Recognized the Attorneys role in protecting the Client's privilege against self-incrimination. See, United States v. DeCoster, 487 F.2d 1197 (1973); Also see, Miranda v. Arizona, 384 U.S. 436, 86 S. Ct. 1602 (1966). Counsel should also be concerned with the accused's Right to be released from Custody pending trail, and be Prepared, where appropriate to make motions for suppression of the evidence and other vital motions for the preparation of his defense.
United States v. Ash Jr. 413 U.S. 300, 93 S. Ct. 2568 (1973).

4. In-Addition, the Defendant wishes to assert the following facts and grounds in support of this Motion.
My Public Defender Kester Crosse has Denied and violated my 5, 6, 8, And 14th U.S. Del Const Rights. I've requested that Mr. Crosse file for Bail Reduction, Speedy trail, Rule 48(b) Dismissal on speedy trial, motion in Limine, Demurrer objections, Grand Jury transcripts, Trail Transcripts, And Rule 29 acquittal of Judgment. But Mr. Crosse has only gotten worst and says NO He's Not doing Anything for ME. Mr. Crosse ineffective. For the above Reasons, the Defendant Request This Court for a hearing upon the above Information and Request the Bar of Examination to Appoint his NEW Counsel.

_____ 8/30/07          x Keith B. Hubbard  Respectfully Submitted
Notary                                          Keith B. Hubbard

